UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jonathan Dodge</u>

        v.                        Case No. 09-cv-421-PB

<u>Martin Swirko, et al</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 24, 2010, no objection having been filed.

    SO ORDERED.


June  25, 2010                        <u>/s/ Paul Barbadoro</u>
                                                Paul Barbadoro
                                                United States District Judge


cc:    Jonathan Dodge, Pro Se